| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
|   | United States Attorney |
| 2 | CAMIL A. SKIPPER |
|   | Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
|   | Sacramento, California 95814 |
| 4 | Telephone:  (916) 554-2709 |
|   | Facsimile:  (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff |
|   | UNITED STATES OF AMERICA |

**FILED**

SEP 13 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF: | ) | CASE NO. 2:11-SW-00374-DAD |
| | ) | |
| PERSON OF FRANCISO BAPTISTA MOREIRA | ) ) ) ) ) ) | ORDER CONCERNING GOVERNMENT'S EX PARTE MOTION TO UNSEAL SEARCH WARRANT, APPLICATION FOR SEARCH WARRANT, AND ACCOMPANYING AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the search warrant, application for search warrant, and accompanying affidavits underlying the search warrant in the above-captioned proceeding be and are hereby UNSEALED.

Date: Sept. 13, 2011

GREGORY G. HOLLOWS
United States Magistrate Judge